STATE OF NEW JERSEY v. JAMES HAROLD DAVIS.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. REGINALD MORTON.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. HERNANDO PAEZ.

June 8, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PATSY J. TRUGLIA.

June 8, 1983.

Petition for certification granted.